IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

West Bend Mutual Insurance Company,

    Plaintiff,

vs.

Laurie Gregor, N.M. by Crystal and Brendan McNally, Crystal McNally, in her individual capacity, and Brendan McNally, in his individual capacity,

    Defendants,

And

Crystal McNally and Brendan McNally, individually and on behalf of their minor child, NM,

    Third Party Plaintiffs,

vs.

West Bend Mutual Insurance Company,

    Third Party Defendant.

**AMENDED ANSWER AND COUNTERCLAIM**
Case No. 0:19-cv-02346-PJS-ECW

---

Defendants Crystal McNally and Brendan McNally (hereinafter "the McNally Defendants), for themselves individually and on behalf of N.M, for their Answer state as follows:

### ANSWER

1.     The allegations of the Complaint for Declaratory Relief are denied except as to those allegations specifically admitted below.

indemnify Laurie Gregor in the amount of the policy limits of one million dollars for this occurrence.

3. With respect to the Counterclaim of the Third Party Plaintiffs, a judgment for the Third Party Plaintiffs against Third Party Defendant West Bend Mutual Insurance Company in the amount of one million dollars ($1,000,000).

4. An Order for Judgment providing costs, disbursements, and such other relief as the Court deems just.

McELLISTREM, FARGIONE,
LANDY, RORVIG & EKEN, P.A.

Dated: Oct. 14, 2019    By: *M. Fargione*
Paul F. McEllistrem, #244521
Robin Sharpe Landy, #184160
Michael Fargione, #28253
7900 International Drive, Suite 700
Minneapolis, MN  55425
(952) 544-5501
pmcellistrem@mcfarg.com
rlandy@mcfarg.com
mfargione@mcfarg.com

*ATTORNEYS FOR DEFENDANTS
N.M. and CRYSTAL McNALLY and
BRENDAN McNALLY*