## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

West Bend Mutual Insurance Company,

          Plaintiff,

vs.

Laurie Gregor, N.M. by Crystal and
Brendan McNally, Crystal McNally, in her
individual capacity, and Brendan McNally,
in his individual capacity,

          Defendants,

And

Crystal McNally and Brendan McNally,
individually and on behalf of their minor
child, NM,

          Third Party Plaintiffs,

vs.

West Bend Mutual Insurance Company,

          Third Party Defendant.

**Civil No. 19-cv-2346-PJS-ECW**

**Rule 41(a)(1)(A)   NOTICE OF
DISMISSAL OF COUNTERCLAIM**

Third Party Plaintiffs Crystal McNally and Brendan McNally, individually and on
behalf of their minor child NM, pursuant to Rule 41(a)(1)(A)(i) hereby dismiss
their counterclaim in the above titled action without prejudice.

McELLISTREM, FARGIONE,
LANDY, RORVIG & EKEN, P.A.

Dated:   *November 25, 2019*      By:   *M Fargione*
_____          _____

Paul F. McEllistrem, #244521
Robin Sharpe Landy, #184160
Michael Fargione, #28253
7900 International Drive, Suite 700
Minneapolis, MN  55425
(952) 544-5501
pmcellistrem@mcfarg.com
rlandy@mcfarg.com
mfargione@mcfarg.com