## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| West Bend Mutual Insurance Company, | Civil No. 19-cv-2346 PJS/ECW |
| Plaintiff, | |
| v. | **ORDER** |
| Laurie Gregor; N.M. by Crystal and Brendan McNally; Crystal McNally, in her individual capacity; and Brendan McNally, in his individual capacity, | |
| Defendants. | |

The Court held a Rule 16 conference in this matter on December 10, 2019. Plaintiff informed the Court that it was considering moving to stay this case, or to dismiss this case, possibly for lack of standing, pending the outcome of the underlying state court action filed in Scott County District Court, Court File No. 70-CV-18-7784. Counsel for N.M., Crystal McNally, and Brendan McNally ("the McNallys") informed the Court that they were considering moving for early summary judgment based on evidence from an underlying criminal proceeding involving Defendant Laurie Gregor.

Having heard the statements of counsel, and based on the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. Plaintiff and the McNallys shall each file a <u>letter</u> on CM/ECF on **January 9, 2020** stating what motion or motions they propose to bring, including

2

    any applicable legal authority that the proposed motion(s) are appropriate at this juncture in the case.

2. The Court will hold a telephonic status conference at **9:30 a.m. on January 23, 2020**. Dial-in information will be circulated via email. The parties shall meet and confer regarding their prospective motions before that call.

3. No party shall file any motions for summary judgment or other dispositive motions without leave of court.

Dated:  December 12, 2019   *s/Elizabeth Cowan Wright*
                                              ELIZABETH COWAN WRIGHT
                                              United States Magistrate Judge