# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| West Bend Mutual Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Laurie Gregor, N.M. by Crystal and Brendan McNally, Crystal McNally, in her individual capacity, and Brendan McNally, in his individual capacity,<br><br>Defendants. | Civil No. 0:19-cv-02346 PJS/ECW<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

## ORDER

Based upon the Stipulation for Dismissal without Prejudice entered into by the parties (Docket No. 18), and upon all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that all of the claims in the above-entitled action are hereby dismissed without prejudice, and without fees, costs, or disbursements to any party.

**LET JUDGMENT OF DISMISSAL WITHOUT PREJUDICE BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: December 18, 2019         s/Patrick J. Schiltz
                                 The Honorable Patrick J. Schiltz
                                 Judge, United States District Court
                                 District of Minnesota

1